1  BRUCE LOCKE
   Moss & Locke
2  555 University Avenue, Ste 170
   Sacramento, California 95825
3  916-569-0667
   Attorney for Defendant
4  CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the sentencing set for June 15, 2005 at 9:00 a.m., before this Court should be rescheduled for November 16, 2005 at 9:00 a.m., and in support of this stipulation would show the Court that Mr. Lister is currently cooperating with the government in on-going investigations and he is also in the process of resolving potential charges against him in Phoenix, Arizona that arise out of the same conduct involved in this case.  Mr. Lister's attorney in Phoenix anticipates that the charges in Phoenix may be resolved as part of this case. The Assistant United States Attorney in Phoenix anticipates using Mr. Lister as a witness in that case and has requested that Mr. Lister not be sentenced until that case is resolved.  The Assistant United States Attorney in Phoenix anticipates that the trial of that case will be over in five months.  Mr. Linhardt has authorized the undersigned to sign this Stipulation for him.

| | |
|---|---|
| | Respectfully submitted, |
| Dated:   June 14, 2005 | /S/ Bruce Locke |
| | Bruce Locke |
| | Attorney for Christopher Lister |
| Dated: June 14, 2005 | /S/ - Bruce Locke |
| | Bruce Locke for Daniel S. Linhardt |
| | Attorney for the United States |

IT IS SO ORDERED:

Date: June 15, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -