1 BRUCE LOCKE
Moss & Locke
2 555 University Avenue, Ste 170
Sacramento, California 95825
3
Attorney for Defendant
4 CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from February 16, 2006 to April 12, 2006 t 9:00 am. The reason for the continuance is that Mr. Lister is continuing to work in an undercover capacity with the FBI and they need him to continue to work with them and Mr. Lister's attorney in Phoenix has suffered an injury that prevents him from continuing to represent Mr. Lister in connection with resolving potential charges in that jurisdiction and it is necessary for Mr. Lister to be assigned a new attorney to resolve those charges. It is anticipated that those charges will be resolved as part of the sentencing in this case. Mr. Linhardt has authorized the undersigned attorney to sign this pleading for him.

Respectfully submitted,

Dated: January 31, 2006          /S/ Bruce Locke
                                 Bruce Locke
                                 Attorney for Christopher Lister

1 | Dated: January 31, 2006

      /S/ Bruce Locke
      for Daniel S. Linhardt
      Attorney for the United States

IT IS SO ORDERED:

Date:  February 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE