1  BRUCE LOCKE
   Moss & Locke
2  555 University Avenue, Ste 170
   Sacramento, California 95825
3
   Attorney for Defendant
4  CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from April 12, 2006 to June 21, 2006. The reason for the continuance is that Mr. Lisster is continuing to work in an undercover capacity with the FBI and they need him to continue to work with them and Mr. Lister's attorney in Phoenix is in the process of representing Mr. Lister in connection with resolving potential charges in that jurisdiction and it is necessary for undersigned counsel to advise that attorney of the full amount of cooperation that Mr. Lister has provided to the FBI in California. It is anticipated that those charges will be resolved as part of the sentencing in this case. Ms. Watson has authorized the undersigned attorney to sign this pleading for her.

Respectfully submitted,

Dated: April 5, 2006                    /S/ Bruce Locke
                                        Bruce Locke
                                        Attorney for Christopher Lister

1  Dated: April 5, 2006                              /S/ Bruce Locke
                                                 for Christine Watson
2                                                Attorney for the United States

3

4

5

6

7       IT IS SO ORDERED:

8
   Date:  April 7, 2006
9

10                                  /s/ William B. Shubb

11                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
12

- 2 -