BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 170
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § | STIPULATION AND ORDER |

    The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the conditions of Mr. Lister's pretrial release shall be modified to contain an additional condition which shall provide as follow:

    You shall refrain from any use of alcohol or use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner, and you shall notify Pretrial Services immediately of any prescribed medicines that you are currently taking. However, you may not use medicinal marijuana, whether or not it is prescribed.

The reason for this change is that Mr. Lister was arrested for driving under the influence on December 6, 2005. Mr. Lister is scheduled for a court appearance on that arrest on March 6, 2006. The prosecutor in this case and the Pretrial Services officer have agreed to handle this violation of the conditions of Mr. Lister's pretrial release by an amendment of the conditions because Mr. Lister has had no prior violations or problems on pretrial release. Mr. Lister agrees to this amendment to his conditions of release and he has been complying with this condition since he was contacted by his

1  defense attorney on January 10, 2006.  The attorney for the government has authorized Bruce Locke
2  to sign for her.
3                                              Respectfully submitted,
4
5  Dated: April 18, 2006                                /S/
                                                Bruce Locke
6                                               Attorney for Christopher Lister
7
8  Dated: April 18, 2006                        /S/ - Bruce Locke for
                                                Christine Watson
9                                               Attorney for the United States
10
11
12
13
14         IT IS SO ORDERED:
15
   Date:  April 18, 2006
16
17                                _____William B. Shubb_____
18                                WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
19