BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 170
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § § | |
| V. | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from June 21, 2006 to August 23, 2006 at 9:00 a.m.. The reason for the continuance is that Mr. Lister is continuing to work in an undercover capacity with the FBI and they need him to continue to work with them and Mr. Lister's attorney in Phoenix is in the process of representing Mr. Lister in connection with resolving potential charges in that jurisdiction and it is necessary for undersigned counsel to advise that attorney of the full amount of cooperation that Mr. Lister has provided to the FBI in California. It is anticipated that those charges will be resolved as part of the sentencing in this case. Mr. Lapham has authorized the undersigned attorney to sign this pleading for him.

Respectfully submitted,

Dated: June 19, 2006                    /S/ Bruce Locke
                                        Bruce Locke
                                        Attorney for Christopher Lister

Dated: June 19, 2006                    /S/ Bruce Locke

for Steve Lapham
Attorney for the United States

IT IS SO ORDERED:

Date:  June 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE