BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from August 23, 2006 at 9:00 a.m., to October 25, 2006 at 9:00 a.m.  The reason for the continuance is that Mr. Lister is continuing to work in an undercover capacity with the FBI and they need him to continue to work with them and Mr. Lister's attorney in Phoenix is in the process of representing  Mr. Lister in connection with resolving potential charges in that jurisdiction and it is necessary for undersigned counsel to advise that attorney of the full amount of cooperation that Mr. Lister has provided to the FBI in California.  It is anticipated that those charges will be resolved as part of the sentencing in this case.  Mr. Lapham has authorized the undersigned attorney to sign this pleading for him.

Respectfully submitted,

Dated: August 21, 2006         /S/ Bruce Locke
                               Bruce Locke
                               Attorney for Christopher Lister

1
2   Dated: August 21, 2006                    /S/ Bruce Locke
                                              for Steve Lapham
3                                             Attorney for the United States
4
5
6
7
    IT IS SO ORDERED:
8
9   Date:  August 21, 2006
10
11                                  _____William B. Shubb_____
                                    WILLIAM B. SHUBB
12                                  UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    - 2 -