L. BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § § § § § | STIPULATION AND ORDER |

_____

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from December 20, 2006 at 9:00 a.m., to **February 20, 2007 at 8:30 a.m.**  The reason for the continuance is that Mr. Lister is continuing to work in an undercover capacity with the FBI and Mr. Lister's attorney in Phoenix is in the process of resolving potential charges in that jurisdiction and it is anticipated that those charges will be resolved as part of the sentencing in this case.  Mr. Lapham has authorized the undersigned attorney to sign this pleading for him.

Respectfully submitted,

Dated: December 14, 2006          /S/ L. Bruce Locke_____
                                  L. Bruce Locke
                                  Attorney for Christopher Lister

Dated: December 14, 2006          _/S/ L. Bruce Locke_____
                                  for Steve Lapham
                                  Attorney for the United States

1

2

3

4

IT IS SO ORDERED:

5

6  Date:  December 15, 2006

7

8  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28