L. BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | § | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from April 23, 2007 at 8:30 a.m., to July 23, 2007 at 8:30 a.m.  The reason for the continuance is that Mr. Lister is continuing to work in an undercover capacity with the FBI and Mr. Lister's attorney in Phoenix is in the process of attempting to resolve potential charges in that jurisdiction and the defense anticipates that those charges may be resolved as part of the sentencing in this case. The Government and the defendant are also attempting to agree on a presentation to the court of the extent of Mr. Lister's cooperation with the Government.  Mr. Lapham has authorized the undersigned attorney to sign this pleading for him.

                                                              Respectfully submitted,

Dated: April 19, 2007                                      /S/ L. Bruce Locke
                                                             L. Bruce Locke
                                                             Attorney for Christopher Lister

1
2
3  Dated: April 19, 2007                    /S/ L. Bruce Locke
                                            for Steve Lapham
4                                           Attorney for the United States
5
6
7
8
9       IT IS SO ORDERED:
10
    Date:   April 20, 2007
11
12  _____
    WILLIAM B. SHUBB
13  UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28