1  L. BRUCE LOCKE
Moss & Locke
2  555 University Avenue, Ste 150
Sacramento, California 95825
3
Attorney for Defendant
4  CHRISTOPHER LISTER

5

6
IN THE UNITED STATES DISTRICT COURT
7
EASTERN DISTRICT OF CALIFORNIA
8

9
| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CRIMINAL NO. S-03-0065 WBS |
| | ) | |
| CHRISTOPHER LISTER, | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |

14  _____

15       The defendant, Christopher Lister, by and through his undersigned attorney, and the United

16  States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be

17  continued from September 24, 2007 at 8:30 a.m., to December 17, 2007 at 8:30 a.m.  The reason for

18  the continuance is that Mr. Lister is continuing to work in an undercover capacity with the FBI and

19  Mr. Lister's attorney in Phoenix is in the process of attempting to resolve potential charges in that

20  jurisdiction and the defense  anticipates that those charges may be resolved as part of the sentencing

21  in this case. The Government and the defendant are also attempting to agree on a presentation to the

22  court of the extent of Mr. Lister's cooperation with the Government.  Finally, Mr. Lister will be

23  testifying for the government in a case that is scheduled to go to trial on November 6, 2007.  Mr.

24  Lapham has authorized the undersigned attorney to sign this pleading for him.

25                                                                                      Respectfully submitted,

26

27  Dated: September 19, 2007                           /S/    Bruce Locke
                                                                         L. Bruce Locke
28                                                                      Attorney for Christopher Lister

1
2
3
4  Dated: September 19, 2007                             /S/     Bruce Locke
                                                       for Steve Lapham
5                                                      Attorney for the United States
6
7
8
9
10         IT IS SO ORDERED:
11
   Date:  September 20, 2007
12
13  _____
       WILLIAM B. SHUBB
14     UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -