1  L. BRUCE LOCKE
   Moss & Locke
2  555 University Avenue, Ste 150
   Sacramento, California 95825
3
   Attorney for Defendant
4  CHRISTOPHER LISTER

5

6

7               IN THE UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA          §
10                                    §
   V.                                §    CRIMINAL NO. S-03-0065 WBS
11                                    §
   CHRISTOPHER LISTER,               §    STIPULATION AND ORDER
12                                    §
                                     §
13  _____  §

14

15        The defendant, Christopher Lister, by and through his undersigned attorney, and the United

16  States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be

17  continued from February 25, 2008  at 8:30 a.m., to May 19, 2008 at 8:30 a.m.  The reason for the

18  continuance is that Mr. Lister is continuing to cooperate with the government. The Government and

19  the defendant are also attempting to agree on a presentation to the court of the extent of Mr. Lister's

20  cooperation with the Government.   Mr. Lapham has authorized the undersigned attorney to sign this

21  pleading for him.

22                                       Respectfully submitted,

23

24  Dated: February 14, 2008              /S/    Bruce Locke_____
                                         L. Bruce Locke
25                                       Attorney for Christopher Lister

26

27
    Dated: February 14, 2008             _/S/    Bruce Locke_____
28                                       for Steve Lapham
                                         Attorney for the United States

1

2

3

4          IT IS SO ORDERED:

5   Date:   February 14, 2008

6

7          WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28