L. BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, § § § § | STIPULATION AND ORDER |

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from May 19, 2008 at 8:30 a.m., to August 11, 2008 at 8:30 a.m. The reason for the continuance is that Mr. Lister is continuing to cooperate with the government. The Government and the defendant are also attempting to agree on a presentation to the court of the extent of Mr. Lister's cooperation with the Government.  Mr. Lapham has authorized the undersigned attorney to sign this pleading for him.

Respectfully submitted,

Dated: May 16, 2008                     /S/    Bruce Locke
                                        L. Bruce Locke
                                        Attorney for Christopher Lister

Dated: May 16, 2008                     /S/    Bruce Locke
                                        for Steve Lapham
                                        Attorney for the United States

IT IS SO ORDERED:

Date:   May 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE