L. BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> V. § <br> § <br> CHRISTOPHER LISTER, § <br> § <br> § <br> § <br> § | CRIMINAL NO. S-03-0065 WBS <br><br> STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM NOVEMBER 24, 2008 TO FEBRUARY 23, 2009 |

_____

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that Mr. Lister's sentencing date shall be continued from November 24, 2008 at 8:30 a.m., to February 23, 2009 at 8:30 a.m. The reason for the continuance is that Mr. Lister is continuing to cooperate with the government. The Government and the defendant are also attempting to agree on a presentation to the court of the extent of Mr. Lister's cooperation with the Government.  Mr. Lapham has authorized the undersigned attorney to sign this pleading for him.

                     Respectfully submitted,

Dated: November 19, 2008          /S/ Bruce Locke
                     Attorney for Christopher Lister


Dated: November 19, 2008          /S/   Bruce Locke
                     for Steve Lapham
                     Attorney for the United States

IT IS SO ORDERED:

Date:   November 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE