BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
CHRISTOPHER LISTER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § § | |
| V. | CRIMINAL NO. S-03-0065 WBS |
| CHRISTOPHER LISTER, | STIPULATION AND ORDER CONCERNING THE CONDITIONS OF PRE-TRIAL RELEASE |

_____

The defendant, Christopher Lister, by and through his undersigned attorney, and the United States, through its undersigned attorney, with the agreement of Pretrial Services, hereby stipulate that due to special circumstances existing in this case, Mr. Lister's conditions of pretrial release should be amended to provide as follows:

1. The defendant will no longer be supervised by Pretrial Services and all conditions previously imposed are hereby vacated with the following exceptions:

2. The defendant shall appear for all required Court hearings and shall surrender for service of any sentence imposed as directed by the Court;

3. The defendant's travel shall be restricted to the State of California unless prior approval for travel outside of California is approved by the Court; :

4. The defendant shall advise the Court through his attorney of any change in address;

5. The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

6. Mr. Lapham has authorized Mr. Locke to sign this Stipulation and Proposed Order for him.

          Respectfully submitted,

Dated: December 3, 2008      /S/ Bruce Locke
     Attorney for Christopher Lister

Dated: December 3, 2008      /S/    Bruce Locke
     for Steve Lapham
     Attorney for the United States

IT IS SO ORDERED:

Date:  December 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE