L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER LISTER,<br><br>　　　　　Defendants. | No.   CR. S-03-0065 WBS<br><br>STIPULATION TO CONTINUE THE DATE FOR SENTENCING FROM FEBRUARY 23, 2009 TO JUNE 15, 2009 |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for February 23, 2009 at 8:30 a.m., should be continued to June 15, 2009 at 8:30 a.m.

　　　　The reason for the continuance is that it will take additional time to redo Mr. Lister's Presentence Report to take into account the additional facts that have occurred since the last report. Mr. Lapham has authorized Mr. Locke to sign his name to this pleading.

DATED: February 12, 2009　　　　　　　　　　／S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Christopher Lister


DATED: February 12, 2009　　　　　　　　　　／S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　　for STEVE LAPHAM
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States

1

1
2
3     IT IS SO ORDERED.
4  DATED:  February 13, 2009
5
6                              WILLIAM B. SHUBB
7                              UNITED STATES DISTRICT JUDGE