L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-03-0065 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR SENTENCING FROM |
| v. | ) | JUNE 15, 2009 TO AUGUST 3, 2009 |
| | ) | AT 8:30 A.M. |
| CHRISTOPHER LISTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for June 15, 2009 at 8:30 a.m., should be continued to August 3, 2009 at 8:30 a.m.

The reason for the continuance is that Mr. Locke and Mr. Lapham have to review the extent of the mitigation that is available for Mr. Lister. Mr. Lapham is currently in trial. Mr. Lapham has authorized Mr. Locke to sign his name to this pleading.


DATED: June 8, 2009          /S/ Bruce Locke
                             BRUCE LOCKE
                             Attorney for Christopher Lister


DATED: June 8, 2009          /S/ Bruce Locke
                             for STEVE LAPHAM
                             Attorney for the United States

1

IT IS SO ORDERED.

DATED:  June 10, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE