BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER LISTER,<br><br>  Defendants. | No. CR. S-03-0065 WBS<br><br>STIPULATION TO CONTINUE THE DATE FOR SENTENCING FROM AUGUST 3, 2009 TO **SEPTEMBER 28, 2009 AT 8:30 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for August 3, 2009 at 8:30 a.m., should be continued to **September 28, 2009 at 8:30 a.m.**

The reason for the continuance is that Mr. Locke needs to prepare a summary of Mr. Lister's cooperation with the government and Mr. Lapham needs to review the extent of the cooperation with the agents who were using Mr. Lister. Mr. Lapham has authorized Mr. Locke to sign his name to this pleading.

DATED: July 29, 2009         /S/ Bruce Locke
                             BRUCE LOCKE
                             Attorney for Christopher Lister

DATED: July 29, 2009         /S/ Bruce Locke
                             for STEVE LAPHAM
                             Attorney for the United States

1

IT IS SO ORDERED.

DATED:  July 29, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2