BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-03-0065 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE DATE FOR SENTENCING FROM SEPTEMBER 28, 2009 TO OCTOBER 26, 2009 AT 8:30 A.M. |
| v. | ) | |
| CHRISTOPHER LISTER, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for September 28, 2009 at 8:30 a.m., should be continued to October 26, 2009 at 8:30 a.m.

The reason for the continuance is that Mr. Locke needs to prepare a summary of Mr. Lister's cooperation with the government and Mr. Lapham needs to review the extent of the cooperation with the agents who were using Mr. Lister.  Mr. Lapham has authorized Mr. Locke to sign his name to this pleading.

DATED: September 14, 2009            /S/ Bruce Locke
                                     BRUCE LOCKE
                                     Attorney for Christopher Lister


DATED: September 14, 2009            /S/ Bruce Locke
                                     for STEVE LAPHAM
                                     Attorney for the United States

1

IT IS SO ORDERED.

DATED:  September 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2