1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-03-0065 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR SENTENCING FROM |
| v. | ) | OCTOBER 26, 2009 TO December 7, |
| | ) | 2009 AT 8:30 A.M. |
| CHRISTOPHER LISTER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for October 26, 2009 at 8:30 a.m., should be continued to December 7, 2009 at 8:30 a.m.

The reason for the continuance is that Mr. Locke needs to prepare a summary of Mr. Lister's cooperation with the government and Mr. Lapham needs to review the extent of the cooperation with the agents who were using Mr. Lister. Mr. Lapham has authorized Mr. Locke to sign his name to this pleading.

DATED: October 21, 2009             /S/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Christopher Lister


DATED: October 21, 2009             /S/ Bruce Locke
                                    for STEVE LAPHAM
                                    Attorney for the United States

1

IT IS SO ORDERED.

DATED:   October 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE