BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER LISTER,<br><br>    Defendants. | No.  CR. S-03-0065 WBS<br><br>STIPULATION TO CONTINUE THE DATE FOR SENTENCING FROM DECEMBER 7, 2009 TO FEBRUARY 8, 2010 AT 8:30 A.M. |

    IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for December 7, 2009 at 8:30 a.m., should be continued to February 8, 2010 at 8:30 a.m.

    The reason for the continuance is that Mr. Locke needs to prepare a summary of Mr. Lister's cooperation with the government and Mr. Lapham needs to review the extent of the cooperation with the agents who were using Mr. Lister. Mr. Locke was unable to accomplish this task due to other work and due to family health issues. Mr. Lapham has authorized Mr. Locke to sign his name to this pleading.

DATED: December 2, 2009            /S/ Bruce Locke
                                               BRUCE LOCKE
                                               Attorney for Christopher Lister

DATED: December 2, 2009            /S/ Bruce Locke
                                               for STEVE LAPHAM
                                             Attorney for the United States

1

IT IS SO ORDERED.

DATED: December 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE