1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   CHRISTOPHER LISTER
5

6               IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-03-0065 WBS
                                    )
9              Plaintiff,           )
                                    )   STIPULATION TO CONTINUE THE
10                                  )   DATE FOR SENTENCING FROM
        v.                          )   FEBRUARY 8, 2010 TO MARCH 22,
11                                  )   2010 AT 8:30 A.M.
   CHRISTOPHER LISTER,              )
12                                  )
               Defendants.          )
13 _____)

14        IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister

15 by and through his defense counsel, Bruce Locke, and the United States of America by and through

16 its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for

17 February 8, 2010 at 8:30 a.m., should be continued to March 22, 2010 at 8:30 a.m.

18        The reason for the continuance is that Mr. Locke needs to meet with the prosecutor, Mr.

19 Lapham, to review the extent of Mr. Lister's cooperation. Mr. Lapham has authorized Mr. Locke

20 to sign his name to this pleading.

21

22 DATED: February 2, 2010              ___/S/ Bruce Locke___
                                        BRUCE LOCKE
23                                      Attorney for Christopher Lister

24
   DATED: February 2, 2010              ___/S/ Bruce Locke___
25                                      for STEVE LAPHAM
                                        Attorney for the United States
26

27

28

29                                       1

IT IS SO ORDERED.

DATED:   February 2, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE