BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-03-0065 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR CHANGE OF PLEA ON |
| v. | ) | THE SUPERCEDING INDICTMENT |
| | ) | FROM MARCH 22, 2010 TO APRIL 5, |
| CHRISTOPHER LISTER, | ) | 2010 AT 8:30 A.M. |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for sentencing presently set for March 22, 2010 should be changed to a date for change of plea on the superceding indictment and should be continued to April 5, 2010 at 8:30 a.m.

The reason for the continuance is that the defense needs additional time to prepare for the change of plea. Mr. Lister originally pled guilty in 2003 on the original indictment. At that time, Mr. Lister began to cooperate with the government. Thereafter, based upon the extent of Mr. Lister's cooperation, the government offered Mr. Lister the opportunity to plead to a superceding indictment with the promise that the original indictment would be dismissed. Due to the retirement of the original prosecutor in this case, the plea to the superceding indictment was never accomplished. In the interim, Mr. Lister has been cooperating with the government in a number of cases. The parties anticipate that the Court will want to direct the Probation Office to prepare a supplemental Presentence Report before the case proceeds to sentencing on the superceding

1

indictment.

DATED: March 19, 2010         /S/ Bruce Locke
                              BRUCE LOCKE
                              Attorney for Christopher Lister

DATED: March 19, 2010         /S/ Bruce Locke
                              for STEVE LAPHAM
                              Attorney for the United States

IT IS SO ORDERED.

DATED:  March 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2