BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CHRISTOPHER LISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LISTER,<br><br>Defendants. | No.  CR. S-03-0065 WBS<br><br>STIPULATION TO CONTINUE THE DATE FOR CHANGE OF PLEA ON THE SUPERCEDING INDICTMENT FROM MAY 17, 2010 TO MAY 24, 2010 AT 8:30 A.M. |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Christopher Lister by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steve Lapham, that the date for change of plea presently set for May 17, 2010 should be continued to May 24, 2010 at 8:30 a.m.

The reason for the continuance is that the defense needs additional time to prepare for the change of plea. Mr. Lister originally pled guilty in 2003 on the original indictment. At that time, Mr. Lister began to cooperate with the government. Thereafter, based upon the extent of Mr. Lister's cooperation, the government offered Mr. Lister the opportunity to plead to a superceding indictment with the promise that the original indictment would be dismissed. Due to the retirement of the original prosecutor in this case, the plea to the superceding indictment was never accomplished. In the interim, Mr. Lister has been cooperating with the government in a number of cases. It is now apparent that the parties need to execute a new plea agreement and the government is in the process of preparing that agreement. The parties anticipate that the Court will want to direct the Probation Office to prepare a supplemental Presentence Report before the case proceeds to

sentencing on the superceding indictment. Mr. Lister and his counsel need additional time to review the proposed new plea agreement. Mr. Lapham has authorized Mr. Locke to signify his agreement to this Stipulation and Order.

DATED: May 13, 2010                 /S/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Christopher Lister

DATED: May 13, 2010                 /S/ Bruce Locke
                                    for STEVE LAPHAM
                                    Attorney for the United States

    IT IS SO ORDERED.

DATED:  May 14, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE